NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JOY ANN HAINES,                         )
                                        )
            Appellant,                  )
                                        )
v.                                      )        Case No. 2D17-4705
                                        )
AMBER J. POTTS,                         )
                                        )
            Appellee.                   )
                                        )
_____)

Opinion filed October 17, 2018.

Appeal from the Circuit Court for Pinellas
County; Peter Ramsberger, Judge.

J. Andrew Crawford of J. Andrew Crawford,
P.A., St. Petersburg, for Appellant.

J.S. Lucas Fleming of The Fleming Law
Group, P.A., St. Petersburg, for Appellee.


PER CURIAM.


            Affirmed.


KHOUZAM, MORRIS, and BADALAMENTI, JJ., Concur.